JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :   INDICTMENT

    - v. -  :   08 Cr.

JASON SMITH,

        Defendant.  :

- - - - - - - - - - - - - - - x

**08 CRIM 084**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 01 2008

### COUNT ONE

The Grand Jury charges:

On or about January 5, 2008, in the Southern District of New York, JASON SMITH, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 20, 2001, in New York Supreme Court, Bronx County, for Criminal Sale of a Controlled Substance in the Third Degree, a Class B felony, in violation of New York Penal Law 220.39(1), unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Hi-Point 9 mm model C9 handgun, and ammunition, to wit, seven rounds of 9 mm ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney