UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA          :     ORDER PERMITTING
                                        ATTORNEY-CLIENT VISITATION
        - v. -                    :
                                        08 Cr. 84 (DC)
JASON SMITH,                      :

            Defendant.            :

----------------------------------X

Upon the application of **DEIRDRE D. VON DORNUM, ESQ.** of the Federal Defenders of New York, it is hereby

**ORDERED** that any member of the Federal Defenders staff, including Ms. von Dornum, her paralegals and investigators, and other Assistant Federal Defenders, be allowed to visit patient Jason Smith, Reg. No. 60717-054, while he is held at Beekman (NYU Downtown) Hospital, during regular visiting hours; and it is further

**ORDERED** that, to the extent consistent with security and medical concerns, the Federal Defenders staff be allowed to meet with Mr. Smith privately, so that they may prepare for his criminal trial.

Dated:  New York, New York
        June 24, 2008

                            SO ORDERED:

                            _____
                            HONORABLE DENNY CHIN
                            United States District Judge