```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x        ECF CASE

UNITED STATES OF AMERICA,            :
                                              NOTICE OF APPEARANCE AND
            Plaintiff,               :        REQUEST FOR ELECTRONIC
                                              NOTIFICATION
    - v. -                           :

JASON SMITH,                         :        08 Cr. 084 (DC)

            Defendant.               :

- - - - - - - - - - - - - - - - - -x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York


        by: /s/_____

          Amie N. Ely
          Assistant United States Attorney
          (212) 637-2214