# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

July 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

Via Facsimile: (212) 805-7906

Honorable Denny Chin
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Jason Smith
08 Cr. 84 (DC)

Dear Judge Chin:

I write with respect to pre-trial scheduling. Based on the new trial date of August 4, 2008, the parties have agreed on the following motion schedule: motions due 7/18; responses due 7/23; replies due 7/25. The Government has informed me that it intends to seek a superceding indictment on July 11, 2008; should any new charges contained in that indictment require a change in the motion (or trial) schedule, the parties will raise that with the Court at the arraignment, at which time we will also raise any outstanding discovery issues. Finally, the Court previously had asked that the parties submit jury charge and voir dire requests on July 24, 2008. With the Court's permission, because of the change in trial date, we will submit the charge and voir dire requests on July 31, 2008.

Approved,
So ORDERED.

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
(718) 330-1208

cc: Assistant U.S. Attorney Amie Ely (via fax: 212-637-2937)

7/8/08