ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :     **ORDER**

    -v.-                       :     08 Cr. 084 (DC)

JASON SMITH,                 :

        Defendant.           :

- - - - - - - - - - - - - - - - x

        Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Amie N. Ely, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County District Attorney's Office files, to permit review of the files, and any other documents contained therein,

        IT IS HEREBY ORDERED, that the files maintained by the Bronx County District Attorney's Office and associated court files relating to the January 5, 2008 arrest of JASON SMITH, the defendant (Arrest No. B08601482; NYSID No. 06127693J), be unsealed to permit the United States Attorney's Office for the Southern District of New York to review the contents of these

materials and, if necessary, to disclose any documents contained therein as required by the Federal Rules of Criminal Procedure, Title 18 United States Code, Section 3500, as well as *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny.

Dated: New York, New York
      July 10, 2008

                                    DENNY CHIN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK