*0*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

                                          :

UNITED STATES OF AMERICA

                                          :        SUPERSEDING
         - v. -                                    INDICTMENT

                                          :
                                                   S1 08 Cr. 084 (DC)
JASON SMITH,                              :
   a/k/a "Jason Ollivierre Smith,"   :
   a/k/a "Jason Olivie,"
   a/k/a "Jason R. Ollivierre,"      :
   a/k/a "Jason R. Smith,"
   a/k/a "Jason Roman Smith,"        :
   a/k/a "Jason Ramon Smith,"
   a/k/a "Jason Ollwie,"             :
   a/k/a "Jason Roman,"
   a/k/a "Jay Smith,"                :
   a/k/a "Jason Ollgie,"
   a/k/a "Jason Olligie,"            :
   a/k/a "Joseph Mercado,"
   a/k/a "Joseph Melcado,"           :

              Defendant.             :

- - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JUL 11 2008

COUNT ONE

         The Grand Jury charges:

         On or about January 5, 2008, in the Southern District

of New York, JASON SMITH, a/k/a "Jason Ollivierre Smith," a/k/a

"Jason Olivie," a/k/a "Jason R. Ollivierre," a/k/a "Jason R.

Smith," a/k/a "Jason Roman Smith," a/k/a "Jason Ramon Smith,"

a/k/a "Jason Ollwie," a/k/a "Jason Roman," a/k/a "Jay Smith,"

a/k/a "Jason Ollgie," a/k/a "Jason Olligie," a/k/a "Joseph

Mercado," a/k/a "Joseph Melcado," the defendant, unlawfully,

willfully, and knowingly, after having been convicted in a court

of a crime punishable by imprisonment for a term exceeding one

year, to wit, a conviction on or about March 20, 2001, in Bronx

Supreme Court, Bronx County, for Criminal Sale of a Controlled

Substance in the Third Degree, a Class B felony, in violation of New York Penal Law 220.39(1); a conviction on or about March 20, 2001, for Assault in the Second Degree: Intent to Cause Physical Injury with Weapon/Instrument, a Class D felony, in violation of New York Penal Law 120.05(2); a conviction on or about July 20, 1999, in Bronx Supreme Court, Bronx County, for Criminal Sale of a Controlled Substance in the Third Degree, a Class B felony, in violation of New York Penal Law 220.39(1); did possess in and affecting commerce, a loaded firearm, to wit, a Hi-Point 9 mm model C9 handgun, containing ammunition, to wit, seven rounds of 9 mm ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney


2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON SMITH,
a/k/a "Jason Ollivierre Smith," a/k/a
"Jason Olivie," a/k/a "Jason R.
Ollivierre," a/k/a "Jason R. Smith,"
a/k/a "Jason Roman Smith," a/k/a "Jason
Ramon Smith," a/k/a "Jason Ollwie," a/k/a
"Jason Roman," a/k/a "Jay Smith," a/k/a
"Jason Ollgie," a/k/a "Jason Olligie,"
a/k/a "Joseph Mercado," a/k/a "Joseph
Melcado,"

Defendant.

## SUPERSEDING INDICTMENT

S1 08 Cr. 084

(18 U.S.C. §§ 922(g)(1), 924(e).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

7/11/08- Fld. Superseding Indictment S'08Cr.084(DC)

Eaton, J. U.S.M.J.