USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,           :

    - against -                    :        **ORDER**

JASON SMITH,                        :        08 CR. 84 (DC)

                  Defendant.    :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The Court has reviewed defense counsel's letter, received July 22, 2008 (misdated July 23, 2008), and the Government's response, received July 22, 2008. The Government is directed to produce the CCRB case file to defense counsel forthwith. I cannot properly rule on the Government's motion in limine without seeing the file first, and under the circumstances, defense counsel should have the opportunity to review the file as well.

        SO ORDERED.

Dated:  New York, New York
       July 23, 2008

                                      DENNY CHIN
                                      United States District Judge