AO 458 (Rev. 10/95)   Appearance

## UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __New York__

### APPEARANCE

Case Number: 08 Cr. 84 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JASON SMITH

I certify that I am admitted to practice in this court.

__7/23/08__
Date

_Fiona Doherty_ (signature)
Signature

Fiona Doherty
Print Name                                                      Bar Number

Federal Defenders of New York, 52 Duane Street, 10th Flr
Address

New York          NY          10007
City              State       Zip Code

(212) 417-8734          (212) 571-0392
Phone Number            Fax Number