```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
            -v-                     :
JASON SMITH                         :
            Defendant.              :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

ORDER

08 CR 84 (DC)

**MEMO ENDORSED**

Upon the request of the defendant, Jason Smith, by his counsel, Deirdre D. von Dornum, Esq. at the Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshal Service accept the following clothing for Mr. Smith, Register Number 60717-054, to wear for appearances at his trial commencing on Monday, August 4, 2008 and continuing thereafter:

1. Two pairs of dress slacks;
2. three button-down dress shirts;
3. two pairs of dress socks;
4. two undershirts;
5. two sweaters;
6. one sport jacket;
7. one pair of dress shoes;
8. three multi-colored ties;
9. one leather belt.

Dated: New York, New York
       July 28, 2008

SO ORDERED:

**HONORABLE DENNY CHIN**
UNITED STATES DISTRICT JUDGE