# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :   ORDER
        - v. -                       :
                                     :   S2 08 Cr. 084 (DC)
JASON SMITH,                         :
    a/k/a "Jason Ollivierre Smith,"  :
    a/k/a "Jason Olivie,"            :
    a/k/a "Jason R. Ollivierre,"     :
    a/k/a "Jason R. Smith,"          :
    a/k/a "Jason Roman Smith,"       :
    a/k/a "Jason Ramon Smith,"       :
    a/k/a "Jason Ollwie,"            :
    a/k/a "Jason Roman,"             :
    a/k/a "Jay Smith,"               :
    a/k/a "Jason Ollgie,"            :
    a/k/a "Jason Olligie,"           :
    a/k/a "Joseph Mercado,"          :
    a/k/a "Joseph Melcado,"          :
                                     :
              Defendant.             :
- - - - - - - - - - - - - - - - - - x

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Amie N. Ely, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the High Intensity Drug Trafficking Areas program ("HIDTA") files, to permit review of the files, photographs, and any other documents contained therein,

IT IS HEREBY ORDERED, that the files maintained by HIDTA relating to the January 5, 2008 arrest of JASON SMITH, the defendant (Arrest No. B08601482; NYSID No. 06127693J), be unsealed to permit the United States Attorney's Office for the Southern District of New York to review the contents of these materials and, if necessary, to disclose any documents contained

therein as required by the Federal Rules of Criminal Procedure, Title 18 United States Code, Section 3500, as well as *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny.

Dated: New York, New York
       July 22, 2008

DENNY CHIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUL-24-2008 16:29 Case 1:08-cr-00084-DC    Document 25    Filed 07/28/2008    Page 2 of 2    P.08/09