```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :      SUPERSEDING
            - v. -                  :      INDICTMENT
                                    :
JASON SMITH,                        :      S2 08 Cr. 084 (DC)
  a/k/a "Jason Ollivierre Smith,"   :
  a/k/a "Jason Olivie,"             :
  a/k/a "Jason R. Ollivierre,"      :
  a/k/a "Jason R. Smith,"           :
  a/k/a "Jason Roman Smith,"        :
  a/k/a "Jason Ramon Smith,"        :
  a/k/a "Jason Ollwie,"             :
  a/k/a "Jason Roman,"              :
  a/k/a "Jay Smith,"                :
  a/k/a "Jason Ollgie,"             :
  a/k/a "Jason Olligie,"            :
  a/k/a "Joseph Mercado,"           :
  a/k/a "Joseph Melcado,"           :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 14 2008

## COUNT ONE

The Grand Jury charges:

1.   On or about January 5, 2008, in the Southern District of New York, JASON SMITH, a/k/a "Jason Ollivierre Smith," a/k/a "Jason Olivie," a/k/a "Jason R. Ollivierre," a/k/a "Jason R. Smith," a/k/a "Jason Roman Smith," a/k/a "Jason Ramon Smith," a/k/a "Jason Ollwie," a/k/a "Jason Roman," a/k/a "Jay Smith," a/k/a "Jason Ollgie," a/k/a "Jason Olligie," a/k/a "Joseph Mercado," a/k/a "Joseph Melcado," the defendant, unlawfully, willfully, and knowingly, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 20, 2001, in Bronx Supreme Court, Bronx County, for Criminal Sale of

a Controlled Substance in the Third Degree, a Class B felony, in violation of New York Penal Law 220.39(1); a conviction on or about March 20, 2001, for Assault in the Second Degree: Intent to Cause Physical Injury with Weapon/Instrument, a Class D felony, in violation of New York Penal Law 120.05(2); a conviction on or about July 20, 1999, in Bronx Supreme Court, Bronx County, for Criminal Sale of a Controlled Substance in the Third Degree, a Class B felony, in violation of New York Penal Law 220.39(1); did possess in and affecting commerce, a loaded firearm, to wit, a Hi-Point 9 mm model C9 handgun, containing ammunition, to wit, seven rounds of 9 mm ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

### COUNT TWO

The Grand Jury further charges:

2. On or about January 5, 2008, in the Southern District of New York, JASON SMITH, a/k/a "Jason Ollivierre Smith," a/k/a "Jason Olivie," a/k/a "Jason R. Ollivierre," a/k/a "Jason R. Smith," a/k/a "Jason Roman Smith," a/k/a "Jason Ramon Smith," a/k/a "Jason Ollwie," a/k/a "Jason Roman," a/k/a "Jay Smith," a/k/a "Jason Ollgie," a/k/a "Jason Olligie," a/k/a "Joseph Mercado," a/k/a "Joseph Melcado," the defendant, unlawfully, intentionally, and knowingly possessed a controlled substance, to wit, marijuana, to wit, SMITH possessed a quantity

of marijuana in the vicinity of 1181 East Tremont Avenue in the Bronx, New York.

(Title 21, United States Code, Section 844.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON SMITH,
a/k/a "Jason Ollivierre Smith," a/k/a
"Jason Olivie," a/k/a "Jason R.
Ollivierre," a/k/a "Jason R. Smith,"
a/k/a "Jason Roman Smith," a/k/a "Jason
Ramon Smith," a/k/a "Jason Ollwie," a/k/a
"Jason Roman," a/k/a "Jay Smith," a/k/a
"Jason Ollgie," a/k/a "Jason Olligie,"
a/k/a "Joseph Mercado," a/k/a "Joseph
Melcado,"

Defendant.

SUPERSEDING INDICTMENT

S2 08 Cr. 084

(18 U.S.C. §§ 922(g)(1), 924(e);
21 U.S.C. § 844.)

                         MICHAEL J. GARCIA
                     United States Attorney.

               A TRUE BILL

          /s/ Angela L. Levi
                              Foreperson.