```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   SUPERSEDING
          - v. -                   :   INFORMATION
                                   :
JASON SMITH,                       :   S3 08 Cr. 084 (DC)
   a/k/a "Jason Ollivierre Smith," :
   a/k/a "Jason Olivie,"           :
   a/k/a "Jason R. Ollivierre,"    :
   a/k/a "Jason R. Smith,"         :
   a/k/a "Jason Roman Smith,"      :
   a/k/a "Jason Ramon Smith,"      :
   a/k/a "Jason Ollwie,"           :
   a/k/a "Jason Roman,"            :
   a/k/a "Jay Smith,"              :
   a/k/a "Jason Ollgie,"           :
   a/k/a "Jason Olligie,"          :
   a/k/a "Joseph Mercado,"         :
   a/k/a "Joseph Melcado,"         :
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

On or about January 5, 2008, in the Southern District of New York, JASON SMITH, a/k/a "Jason Ollivierre Smith," a/k/a "Jason Olivie," a/k/a "Jason R. Ollivierre," a/k/a "Jason R. Smith," a/k/a "Jason Roman Smith," a/k/a "Jason Ramon Smith," a/k/a "Jason Ollwie," a/k/a "Jason Roman," a/k/a "Jay Smith," a/k/a "Jason Ollgie," a/k/a "Jason Olligie," a/k/a "Joseph Mercado," a/k/a "Joseph Melcado," the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, felony marijuana possession in

violation of Title 21, United States Code, Section 844(a), did use, carry, and brandish a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, a Hi-Point 9 mm model C9 handgun, containing ammunition, to wit, seven rounds of 9 mm ammunition.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON SMITH,
a/k/a "Jason Ollivierre Smith," a/k/a
"Jason Olivie," a/k/a "Jason R.
Ollivierre," a/k/a "Jason R. Smith,"
a/k/a "Jason Roman Smith," a/k/a "Jason
Ramon Smith," a/k/a "Jason Ollwie," a/k/a
"Jason Roman," a/k/a "Jay Smith," a/k/a
"Jason Ollgie," a/k/a "Jason Olligie,"
a/k/a "Joseph Mercado," a/k/a "Joseph
Melcado,"

Defendant.

**SUPERSEDING INFORMATION**

S3 08 Cr. 084

(18 U.S.C. §§ 924(c)(1)(A)(ii))

MICHAEL J. GARCIA
United States Attorney.

8/25/08 DT. Deft Jason Smith pres w/atty Deirdre Von Dornum and Fiona Doherty. AUSA Amie Ely. Deft waives indictment and pleas guilty to S3 08cr84. PSR ordered. Sent date set for 12/3/08 @ 4:30PM. Detained.

USDJ CHIN