```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA
                                     :   WAIVER OF INDICTMENT
        - v. -
                                     :   S3 08 Cr. 084 (DC)
JASON SMITH,
   a/k/a "Jason Ollivierre Smith,"   :
   a/k/a "Jason Olivie,"
   a/k/a "Jason R. Ollivierre,"      :
   a/k/a "Jason R. Smith,"
   a/k/a "Jason Roman Smith,"        :
   a/k/a "Jason Ramon Smith,"
   a/k/a "Jason Ollwie,"             :
   a/k/a "Jason Roman,"
   a/k/a "Jay Smith,"                :
   a/k/a "Jason Ollgie,"
   a/k/a "Jason Olligie,"            :
   a/k/a "Joseph Mercado,"
   a/k/a "Joseph Melcado,"           :

                  Defendant.         :
- - - - - - - - - - - - - - - - - - x
```

Jason Smith, a/k/a "Jason Ollivierre Smith," a/k/a "Jason Olivie," a/k/a "Jason R. Ollivierre," a/k/a "Jason R. Smith," a/k/a "Jason Roman Smith," a/k/a "Jason Ramon Smith," a/k/a "Jason Ollwie," a/k/a "Jason Roman," a/k/a "Jay Smith," a/k/a "Jason Ollgie," a/k/a "Jason Olligie," a/k/a "Joseph Mercado," a/k/a "Joseph Melcado" the defendant, who is accused of violating Title 18, United States Code, Section 924(c)(1)(A)(ii),


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        August 25, 2008